FILE COPY

No. 07-15-00044-CV

| | | |
|---|---|---|
| In the Interest of B.J.H., a Child | § | From the County Court at Law No. 2 of Randall County |
| | § | |
| | | June 30, 2015 |
| | § | |
| | | Opinion by Justice Campbell |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated June 30, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o